IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Mary Hildebrandt, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.  11 C 5459 |
| Omni Credit Services of Florida, Inc., a Florida corporation, and Asset Acceptance, LLC, a Delaware limited liability company, | ) ) ) ) ) | Judge Leinenweber |
| Defendants. | ) ) | |

**NOTICE OF VOLUNTARY
<u>DISMISSAL WITH PREJUDICE</u>**

Plaintiff, pursuant to F.R.C.P. Rule 41, hereby stipulate to the dismissal of her claims against the Defendants with prejudice.

Dated: November 9, 2011

One of Plaintiff's Attorneys

<u>/s/ David J. Philipps</u>
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com
mephilipps@aol.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 9, 2011, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent to the following parties via U.S. Mail, first class postage pre-paid, on November 9, 2011.

Greg Straub, Corporate Counsel
Omni Credit Services of Florida, Inc.
333 Bishops Way
Suite 100
Brookfield, Wisconsin 53005

Robert M. Horwitz, Director/Litigation Counsel
Asset Acceptance, LLC
28405 Van Dyke Avenue
Warren, Michigan 48093

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com